IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. 4:14-cv-02426 |
| | § | |
| BASS COMPUTERS, INC., | § | |
| | § | |
| Defendant. | § | A Jury is Demanded |

## ORDER OF DISMISSAL

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice. Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED, that that all causes of action that any and all of the Parties have asserted or could have asserted against each other are hereby dismissed with prejudice and each party shall be solely responsible for their own attorney's fees and costs.

SIGNED on Nov. 12, 2014

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE